UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

WILLIAM MEJIA, on behalf of himself and those similarly situated,

    Plaintiff,

-against-

ALLIED AVIATION SERVICES, INC., ABC CORPS. 1-10 (fictitious parties) and JOHN and JANE DOES 1-10 (fictitious parties),

    Defendant.

-----------------------------------------------------------------X

Civil Action No.
2:24-cv-06684(SRC)(JBC)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant, ALLIED AVIATION SERVICES INC. (a private non-governmental party), states that ALLIED AVIATION HOLDINGS CORPORATION, which is a privately held entity, is its parent. ALLIED AVIATION SERVICES INC. certifies that there is no publicly held corporation owning 10% or more of its stock.

Dated: Uniondale, New York
       August 8, 2024

    s/_____.
    Lisa M. Casa, Esq.
    Forchelli Deegan Terrana LLP
    *Attorneys for Defendant,*
    *Allied Aviation Services Inc.*
    333 Earle Ovington Boulevard, Suite 1010
    Uniondale, New York 11553
    516-248-1700