

LISA M. CASA, ESQ.  
PARTNER  
LCASA@FORCHELLILAW.COM

TELELPHONE (516) 248-1700 ext. 315  
DIRECT FAX (516) 750-6438

February 28, 2025

VIA ECF  
Honorable James B. Clark III, USMJ  
United States District Court  
District of New Jersey  
MLK Court House Building  
50 Walnut Street  
Newark, NJ 07102

      Re:   *Mejia v. Allied Aviation Services, Inc., et al.*  
             Civil Action No. 24-cv-6684(SRC)

Dear Judge Clark:

      Our office is counsel to defendant, Allied Aviation Services, Inc. ("Allied" or "Defendant") in the above referenced matter. We submit this letter together with plaintiff, William Mejia ("Mejia" or "Plaintiff's") counsel to respectfully request that the conference that was rescheduled for March 10, 2025 at 11 a.m. be adjourned be rescheduled. The reason is that this office was previously engaged on March 10, 2025 for an in-person mediation before the Honorable Stacey D. Adams, in the matter of *Arroyo v. RJ Brands, et al.,* Case No. 24-cv-8136. Accordingly, it is respectfully requested that the March 10, 2025 conference be adjourned. I have conferred with Plaintiff's counsel, and both parties are available on March 14, 2025 after 10 a.m. or March 17th, after 11 a.m. We thank this court in advance for its assistance with this matter.

      Thank you.

                                                Respectfully submitted,

                                                FORCHELLI DEEGAN TERRANA LLP

                                                By: ____/s/_____  
                                                       Lisa M. Casa, Esq.

cc: Ravi Sattiraju, Esq.