Lisa M. Casa, Esq.
Gregory S. Lisi, Esq.
FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
(516) 248-1700
lcasa@forchellilaw.com
glisi@forchellilaw.com
*Attorneys for Defendant*
*Allied Aviation Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------------------X

WILLIAM MEJIA, on behalf of himself and those           Civil Action No.
similarly situated,                                      2:24-cv-06684(SRC)(JBC)

Plaintiff,

-against-

ALLIED AVIATION SERVICES, INC., ABC
CORPS. 1-10 (fictitious parties) and JOHN and JANE
DOES 1-10 (fictitious parties),

Defendant.

----------------------------------------------------------------------X

**DECLARATION OF RORY MCCORMACK IN OPPOSITION TO PLAINTIFFS'**
**REQUEST FOR CONDITIONAL CERTIFICATION**

I, Rory McCormack, do hereby certify and say:

1.      I am the General Manager of Allied Aviation Services of New Jersey, Inc. ("Allied")

and oversee Allied's fueling operations at Newark Liberty International Airport ("EWR"). I make

this certification based on my personal knowledge, and Allied's books and records that are made in

the ordinary course of business and maintained in the normal course of Allied's business. The

request by plaintiff, William Mejia, Jose Fernandez and Todd Moskowitz (collectively, "Plaintiffs")

to conditionally certify a class of Fueling Supervisors/Dispatchers should be denied because the

1

proposed collective consists of salaried employees who are exempt from receiving overtime, as already determined by the New Jersey Department of Labor ("NJDOL").

## I.    ALLIED'S OPERATIONS AT EWR.

2.    Allied is a fuel services company, which pumps jet fuel into commercial airplanes, maintains the jet fuel farm where fuel is stored and maintains the equipment that helps Allied transport the fuel and puts such fuel into the commercial jets at EWR. Allied is the only fuel services company at EWR, servicing 50 common air carriers. As such, Allied's job is vital to the smooth operation of EWR, and by relation, to commercial airlines all over the country.

3.    EWR consists of five separate terminals: A, B, C, and two cargo areas for UPS and FedEx. Allied's operations are based out of a building at the southern end of the airport, which includes offices, a garage and fuel storage facility. Allied also has offices at terminals "A" and "C."

4.    Allied is responsible for dispensing between 2 and 3 million gallons of fuel each day. This fuel is dispensed by tanker trucks and a tank farm with 35 miles of pipes. Fueling is conducted by Allied's fuelers. The Tank Farm Department is tasked with overseeing the tank farm and wastewater facility. The Maintenance Department repairs and performs preventative maintenance on Allied's vehicles and equipment, including hoses and filters. Utility employees, cut grass, paint and maintain Allied's offices. The fuelers, maintenance employees, utility employees and tank farm employees are represented by a Local of the International Association of Machinist ("IAM").

## II.    FUELING SUPERVISORS ARE EXEMPT FROM OVERTIME.

5.    The Fueling Supervisors/Dispatchers that Plaintiffs seek to conditionally certify are exempt salaried employees. Unlike the hourly employees who are members of the IAM union, the Fueling Supervisors do not engage in the production work and are tasked with managing and

2

overseeing Allied's fueling operations and ensure that all aircraft are fueled and ready to for takeoff.

### A. Fueling Supervisors Customarily and Regularly Direct the Work of 4 or More Employees Each Shift.

6.      The Fueling Department operates seven shifts for drivers throughout the day: Seven Fueling Supervisors work on the day shift supervising about 53 fuelers, Eight Fueling Supervisors work the afternoon shift supervising about 52 fuelers, and Two or Three Fueling Supervisors work the midnight shift supervising about eighteen fuelers. Accordingly, in any shift, a Fueling Supervisor is responsible for supervising between 4 and 16 fuelers.

### B. Fueling Supervisor's Primary Duty Is to Manage the Enterprise and Its Employees.

7.      Fueling Supervisors distribute vehicles, equipment and workload for the day to the Allied's fuelers. The inside Fueling Supervisors/Dispatchers are given a list of the fuelers who are to work a given shift by the Duty Manager. Airlines put out a daily schedule of their departure times, gates and fuel requests. The Fueling Supervisors transpose that information to a form or ticket, which contains the location and amount of fuel needed, and then based on this information assign fuelers for each aircraft and provide the ticket to the fueler to distribute these assignments. Based on the airline's schedule, the inside Fueling Supervisors, or Dispatcher, assign the fuelers to one of the five terminals.

8.      Each day fuelers report to the inside Fueling Supervisor/Dispatcher at Terminal A to obtain their assigned duties. As the day progresses, the airlines provide the Fueling Supervisors with updates on their fueling needs and delays in arrivals and departures. Each adjustment in the airline's schedules results in changes to the fuelers' assignments. It is the Fueling Supervisors who

are responsible for adjusting the fuelers' duties assignments based on the airline's needs and requirements.

9.    Fueling Supervisors who are working "outside" oversee the fuelers; ensuring that they are fueling the proper aircraft and following the appropriate procedure for fueling that plane. The outside Fueling Supervisors perform daily evaluations, completing a checklist on safety and procedures. The outside Fueling Supervisor's job consists of jockeying the fuelers between airlines, gates and aircraft depending on the needs at any given moment. Fueling Supervisors speak with each other about the needs of the particular terminal, gate and airline and also communicate directly with Allied's clients, the airlines, as the shift proceeds to ensure that all aircraft are fueled and ready to takeoff at their scheduled time.

### C.    Fueling Supervisors Exercise Independent Judgment and Discretion.

10.    Each airline and each type of aircraft has its own procedure for fueling. Fuelers are certified by each airline to work on only particular airlines and particular aircraft. Fuelers can work only for those airlines for which they are certified. Allied keeps a log of the fuelers' certifications. It is the Fueling Supervisors' duty and responsibility to consult with these fueling procedures and requirements to determine the fuelers' assignments. In this respect, the Fueling Supervisors use their independent judgment to determine which fuelers should be assigned to fuel which plane, and use this independent judgment to adjust assignments as the airline's schedules change.

### D.    Fueling Supervisors Recommend Disciplinary Action Against the Fuelers.

11.    Fueling Supervisors initiate most discipline of fuelers by filing a delay report and irregularity reports. At the end of each shift, Fueling Supervisors call each airline to see if there was any delay in fueling any of their flights. Whenever fueling an airline is delayed, even by a few minutes, the Fueling Supervisors write a "delay report." All Fueling Supervisors also write

4

"irregularity reports," which cover any occurrence out of the norm; everything from inappropriate employee conduct to broken equipment. These reports are then used to initiate the disciplinary process provided in the IAM's collective bargaining agreement. Fueling Supervisors can and do speak with the IAM members regarding errors or other incidents without writing irregular reports. The reports initiate the disciplinary procedure and become part of an employee's file. Fueling Supervisors are held accountable for the performance of the individuals they supervise and are disciplined for their subordinates' performance problems and issues with conduct or mistakes.

### E. Fueling Supervisors Are Paid On a Salary Basis.

12.    Fueling Supervisors are paid on a salary basis and receive the same benefit package as Allied's other management employees. During the relevant time period, Fueling Supervisors received a salary of $55,000 per year or greater (which is $1,057.69 per week, or over twice the $455.00 minimum required to be exempt by the FLSA and NJ Wage Payment Law). While Fueling Supervisors may earn an additional bonus if they must work beyond their assigned 8-hour shift, this pay is a bonus and supplements their annual salary. While the Fueling Supervisor's paystubs may appear to have hourly pay, this is only due to the paystub format of Allied's payroll provider. Indeed, even my pay stub has an hourly rate listed, even though as the General Manager I am paid on a salary basis.

13.    As members of Allied's management team, Fueling Supervisors fill out the same application as upper management when applying for positions. Fueling Supervisors also are governed by the same code of conduct as Allied's upper management, which is distinct from the workplace requirements of the hourly IAM employees. Fueling Supervisors are also provided with a one hour paid lunch break each day.

5

14.     Fueling Supervisors are able to park in the management parking lot that is near Allied's offices. In contrast, the IAM hourly employees have a separate locker room, parking lot and uniforms.

### F.   The NJDOL Already Determined That the Fueling Supervisors Are Exempt From Receiving Overtime Pay.

15.     In late 2015- 2016, the New Jersey Department of Labor investigated Allied's pay practices with respect to the Fueling Supervisors. A copy of Allied's response to this investigation is annexed hereto as **Exhibit A**. The New Jersey Department of Labor closed the investigation with a finding of no violation. An OPRA request was submitted to request a copy of the NJDOL's investigation file, and Allied was advised by the NJDOL that the investigation files were destroyed because no violation was found. *See* **Exhibit B**.

### G.   Plaintiffs Have Not Worked For Allied In the Past Two Years.

16.     Plaintiffs have not been employed by Allied for several years. Fernandez voluntarily resigned in 2022. Moskowitz left in April 2023 and Mejia was terminated when he refused to stay past his scheduled shift in August 2023. Accordingly, none of these individuals have personal knowledge of Allied's practices since 2023. Therefore, they are not appropriate representatives of Allied's current Fueling Supervisors.

17.    As Plaintiffs were employed as exempt employees – as already determined by the NJDOL – their request to conditionally certify a class of other Fueling Supervisors, should be denied in its entirety. Plaintiffs were appropriately paid all monies to which they are entitled, and their request for unpaid overtime is nothing more than a money grab by disgruntled former employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _4th_ day of April, 2025.

Rory McCormack