**Lisa M. Casa**

| | |
|---|---|
| **From:** | Morales, Jeanette [DOL] <Jeanette.Morales@dol.nj.gov> |
| **Sent:** | Tuesday, March 18, 2025 10:52 AM |
| **To:** | Lisa M. Casa |
| **Subject:** | RE: OPRA Request #W231380 |

Lisa Casa
Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY 11553
Email: lcasa@forchellilaw.com
RE: OPRA Request #W231380

Dear Ms. Casa:

This is regarding your OPRA request #W231380 whereas you requested: "We are asking for the entire investigation file for a wage and hour audit conducted in 2015-2016 into employer, Allied Service Company of New Jersey, Inc. The investigator was John Cataldo, and there was an in-person meeting held on February 4, 2016. We are Allied's counsel, and this information is necessary for a pending wage and hour litigation in federal court in New Jersey. Thank you for your attention and assistance".

Your request is <u>denied</u> due to the case you reference was closed with no violations cited. Accordingly, the case file was purged from storage, so no records are available.

Please reply to this email that you received this information. If you have any questions, please feel free to respond to me by email.

*Jeanette Morales*
Technical Program Assistant
State of New Jersey
Department of Labor and Workforce Development
Division of Wage & Hour Compliance
1 John Fitch Plaza, 3rd Floor
P.O. Box 389
Trenton, New Jersey 08625
Email: Jeanette.Morales@dol.nj.gov

Redactions Include: Federal & State Employer Identification Numbers, Bank Account Numbers, Insurance Policy Numbers, Medical information (including medical issues & conditions, names, addresses and telephone numbers of medical providers and reference numbers), Home Addresses, Personal Email Addresses and Personal Telephone Numbers N.J.S.A. 47:1A-1 Reasonable Expectation of Privacy; Social Security Numbers & Driver's License Numbers N.J.S.A. 47:1A-1.1 Personal Identifying Information.

PLEASE NOTE: This electronic message contains information from the New Jersey Department of Labor and may contain confidential or privileged information. If you are the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately and then delete it from your system. Thank you.

PLEASE NOTE: This electronic message contains information from the New Jersey Department of Labor, and may contain confidential or privileged information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately and then delete it from your system. Thank you.