UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM MEJIA, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED AVIATION SERVICES, INC., ABC CORPS. 1-10 (fictitious parties), and JOHN/JANE DOES 1-10 (fictitious parties),<br><br>Defendant. | Civil Action No. 2:24-cv-06684-SRC-JBC |

## **SUPPLEMENTAL DECLARATION OF RAVI SATTIRAJU, ESQ.**

I, RAVI SATTIRAJU, ESQ., of full age, do hereby declare as follows:

1. I am an attorney-at-law in good standing and licensed in the State of New Jersey.

2. I am the principal/partner of Sattiraju & Tharney, LLP, counsel for Plaintiff William Mejia in the above-captioned action.

3. I have personal knowledge as to all facts and circumstances declared herein.

4. I respectfully submit this Declaration in further support of Plaintiff's Motion for Conditional Certification of FLSA Collective.

- 2 -

5. Attached hereto as Exhibit 1 are true and accurate copies of additional unpublished decisions cited in Plaintiff's reply brief.

6. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Ravi Sattiraju
Ravi Sattiraju, Esq.

Dated: April 14, 2025