## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)
United States District Court for the District of New Jersey
Mejia v. Allied Aviation Services, Inc.
CIV. A. NO. 2:24-cv-06684

1.    I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2.    I work/worked as a fueling supervisor and/or dispatcher for Allied Aviation Services, Inc. from on or about __2/15/16__ (date) to __4/15/23__ (date) in New Jersey.

3.    During my employment, I was required to work more than 40 hours per workweek without receiving overtime pay in the amount of 1.5 times my regular hourly rate.

4.    I hereby designate the law firms of Sattiraju & Tharney, LLP and Kessler Matura, P.C. to represent me for all purposes in this action.

5.    I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that, if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _Todd M Moskowitz_    Date: __7/20/25__

Name: __Todd Moskowitz__

Address: ███████████████████████████████████

Telephone: ███████████████    E-Mail: ███████████████

### COMPLETE AND RETURN TO EITHER OF THE FOLLOWING LAW FIRMS:

Ravi Sattiraju                                    OR          Troy L. Kessler (Admitted Pro Hac Vice)
Carole Lynn Nowicki                                          Garret Kaske (Admitted Pro Hac Vice)
SATTIRAJU & THARNEY, LLP                                     KESSLER MATURA P.C.
50 Millstone Road                                           534 Broadhollow Road, Suite 275
Building 300, Suite 202                                      Melville, New York 11747
East Windsor, New Jersey 08520                               Tel: 631-499-9100
Tel: 609-469-2110                                           Fax: 800.451.0847
Fax: 609-228-5649                                           tkessler@kesslermatura.com
rsattiraju@s-tlawfirm.com                                   gkaske@kesslermatura.com
cnowicki@s-tlawfirm.com