# SATTIRAJU & THARNEY, LLP

50 Millstone Road
Building 300, Suite 202
East Windsor, NJ  08520

P: 609.469.2110

F: 609.228.5649

www.s-tlawfirm.com

| | |
|---|---|
| RAVI SATTIRAJU* | New York Office |
| MATTHEW J. THARNEY*+ | One Penn Plaza, Suite 5315 |
| | New York, NY  11563 |
| CAROLE LYNN NOWICKI* | DIRECT EMAIL |
| BRENDAN P. MCCARTHY*^ | rsattiraju@s-tlawfirm.com |
| *Admitted to Practice in New Jersey and New Yor | DIRECT DIAL |
| ^Admitted to Practice in Montana | 609.469.2112 |
| +Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney | |

July 30, 2025

**VIA ECF**

Hon. James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **Mejia v. Allied Aviation Services, Inc.**
       **Civil Action No. 2:24-cv-06684-SRC-JBC**

Dear Judge Clark:

  This law firm represents Plaintiff William Mejia and the class in the above matter.

  Pursuant to the Court's directive, below are the dial-in numbers for the conference scheduled before Your Honor on July 31, 2025 at 12:30 pm.

  Dial: 800.719.6100 -- Code: 237.1950.

  Additionally, please be advised that Carole Lynn Nowicki will be appearing on behalf of the Plaintiffs.

           Respectfully submitted,

           */s/ Ravi Sattiraju*

           RAVI SATTIRAJU

cc: All Counsel of Record (via ECF)