**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---:|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

July 31, 2025

**LETTER ORDER**

Re:  **Mejia v. Allied Aviation Services, Inc.**
     **Civil Action No. 24-6684 (SRC)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1. The parties' proposed schedule for the completion of fact discovery [Dkt. No. 43 at 1] is herewith **GRANTED**. Accordingly, the applicable deadlines are as follows:

    a. Demands for Documents to All Opt-Ins shall be served by **October 31, 2025**.

    b. Responses to Document Demands shall be served by **November 30, 2025**.

    c. Depositions and Post-Deposition Discovery shall be completed by **February 28, 2026**.

2. The Court will conduct a telephone status conference with the parties on **October 14, 2025 at 11:00 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

                                                                                           s/ James B. Clark, III
                                                                                     **JAMES B. CLARK, III**
                                                                                     **United States Magistrate Judge**