## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)
United States District Court for the District of New Jersey
Mejia v. Allied Aviation Services, Inc.
CIV. A. NO. 2:24-cv-06684

1.      I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2.      I work/worked as a fueling supervisor and/or dispatcher for Allied Aviation Services, Inc. from on or about _August 2024_ (date) to _March 2024_ (date) in New Jersey.

3.      During my employment, I was required to work more than 40 hours per workweek without receiving overtime pay in the amount of 1.5 times my regular hourly rate.

4.      I hereby designate the law firms of Sattiraju & Tharney, LLP and Kessler Matura, P.C. to represent me for all purposes in this action.

5.      I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that, if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _____     Date: _9-10-2025_

Name: _David Nunes_

Address: ███████████████████████████

Telephone: ████████████    E-Mail: ████████████

### COMPLETE AND RETURN TO EITHER OF THE FOLLOWING LAW FIRMS:

Ravi Sattiraju                                    OR          Troy L. Kessler (Admitted Pro Hac Vice)
Carole Lynn Nowicki                                         Garret Kaske (Admitted Pro Hac Vice)
SATTIRAJU & THARNEY, LLP                                    KESSLER MATURA P.C.
50 Millstone Road                                          534 Broadhollow Road, Suite 275
Building 300, Suite 202                                     Melville, New York 11747
East Windsor, New Jersey 08520                             Tel: 631-499-9100
Tel: 609-469-2110                                          Fax: 800.451.0847
Fax: 609-228-5649                                          tkessler@kesslermatura.com
rsattiraju@s-tlawfirm.com                                  gkaske@kesslermatura.com
cnowicki@s-tlawfirm.com

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)
United States District Court for the District of New Jersey
<u>Mejia v. Allied Aviation Services, Inc.</u>
CIV. A. NO. 2:24-cv-06684

1.　　I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, <u>et seq.</u> I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2.　　I work/worked as a fueling supervisor and/or dispatcher for Allied Aviation Services, Inc. from on or about ___January 2022___ (date) to ___Present Day___ (date) in New Jersey.

3.　　During my employment, I was required to work more than 40 hours per workweek without receiving overtime pay in the amount of 1.5 times my regular hourly rate.

4.　　I hereby designate the law firms of Sattiraju & Tharney, LLP and Kessler Matura, P.C. to represent me for all purposes in this action.

5.　　I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that, if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _____    Date: ___September 15, 2025_____

Name: _Angelo Battista_____

Address: █████████████████████████████████████████

████████████████████████████████████ _____

Telephone: ████████████████████    E-Mail: ████████████████████_____

## COMPLETE AND RETURN TO EITHER OF THE FOLLOWING LAW FIRMS:

| | | |
|---|---|---|
| Ravi Sattiraju | OR | Troy L. Kessler (Admitted Pro Hac Vice) |
| Carole Lynn Nowicki | | Garret Kaske (Admitted Pro Hac Vice) |
| SATTIRAJU & THARNEY, LLP | | KESSLER MATURA P.C. |
| 50 Millstone Road | | 534 Broadhollow Road, Suite 275 |
| Building 300, Suite 202 | | Melville, New York 11747 |
| East Windsor, New Jersey 08520 | | Tel: 631-499-9100 |
| Tel: 609-469-2110 | | Fax: 800.451.0847 |
| Fax: 609-228-5649 | | tkessler@kesslermatura.com |
| rsattiraju@s-tlawfirm.com | | gkaske@kesslermatura.com |
| cnowicki@s-tlawfirm.com | | |